# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lafferty, William J. | Bankruptcy Court, Northern District of California | 05/04/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge--Full Time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

1300 Clay Street, Room 220
Oakland, CA 94612

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 1 |
| 2. | Partner, various Howard Rice Investment Funds | Howard Rice Investment Funds, 01-09 |
| 3. | Adjunct Professor of Law | UC Hastings College of Law |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/98 | ▮▮▮ Trust |
| 2. | 3/1/98 | Filer and Howard Rice et al. |
| 3. | 6/6/2014 | Filer and UC Hastings--One Year Employment as Adjunct Professor |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/04/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 8-12/2014 | UC Hastings Adjunct Professor Salary | $4,934.25 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | The Permanente Medical Group--Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 7-10, 2014 | Chicago, Ill. | Attend Annual meeting of NCBJ | Two Nights Hotel Stay |
| 2. | California Bankruptcy Forum | May 16-18, 2014 | Santa Barbara, CA | Attend Annual meeting CBF, Make Presentations | Two Nights Hotel, Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/04/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   I. Filer (H) | | | | | | | | | |
| 2.   Charles Schwab Bank, Deposit Account | A | Interest | M | T | | | | | |
| 3.   CBS Corp., Common Stock | A | Dividend | J | T | | | | | |
| 4.   Dreyfus Growth & Income Mutual Fund | A | Int./Div. | J | T | | | | | |
| 5.   Howard Rice Investment Fund 01 (no control) | | None | J | U | | | | | |
| 6.   Howard Rice Investment Fund 02 (no control) | | None | J | U | | | | | |
| 7.   Howard Rice Investment Fund 03 (no control) | | None | J | U | | | | | |
| 8.   Howard Rice Investment Fund 04 (no control) | | None | J | U | | | | | |
| 9.   Howard Rice Investment Fund 05 (no control) | | None | J | U | | | | | |
| 10.   Howard Rice Investment Fund 06 (no control) | | None | J | U | | | | | |
| 11.   Howard Rice Investment Fund 07 (no control) | | None | J | U | | | | | |
| 12.   Howard Rice Investment Fund 08 (no control) | | None | J | U | | | | | |
| 13.   Howard Rice Investment Fund 09 (no control) | | None | J | U | | | | | |
| 14.   III. Trust No. 1 (H) | | | | | | | | | |
| 15.   Real Property, Orinda, CA | | None | N | W | | | | | |
| 16.   IV. Other Non-Trust (H) | | | | | | | | | |
| 17.   Rental property, Alameda, CA | E | Rent | O | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rental property, Ventura, CA (1/3 interest-- shared with two sisters) | C | Rent | M | W | | | | | See Part VIII |
| 19. Barclays Bank | A | Interest | M | T | | | | | |
| 20. Wells Fargo Bank (Deposit Account, Checking) | A | Interest | K | T | | | | | See Part VIII |
| 21. Wells Fargo Bank (Deposit Account, Savings) | A | Interest | J | T | | | | | See Part VIII |
| 22. Cross Timbers Partnership | A | Dividend | J | T | | | | | |
| 23. IRA's: (H) | | | | | | | | | |
| 24. Schwab, SWBDX (IRA) | A | Int./Div. | J | T | | | | | See Part VIII |
| 25. Schwab, Vanguard Total Intl Stock Market Index Fund, VGTSX (IRA) | A | Int./Div. | J | T | | | | | |
| 26. Schwab, Vanguard Total Stock Market Index Fund, VTSMX (IRA) | A | Int./Div. | K | T | | | | | |
| 27. Schwab Money Market Fund: SWMXX | A | Int./Div. | K | T | Sold (part) | 03/11/14 | J | A | See Part VIII |
| 28. Schwab, Money Market Fund, SWPPX | A | Int./Div. | J | T | Buy | 03/11/14 | J | | See Part VIII |
| 29. Retirement Accounts (H) Permanente | | | | | | | | | |
| 30. 1. TPMG Salary Deferral (H) | | | | | | | | | |
| 31. BTC US Equity Market | A | Int./Div. | L | T | | | | | |
| 32. Cap Group Int'l Equity, fka Cap Guardian, etc. | A | Int./Div. | K | T | | | | | |
| 33. BTC Life Path 2020 F, fka TPMG Target DT 2020 | A | Int./Div. | K | T | | | | | See Part VIII |
| 34. FR Fixed Income Retirement (Permanente) | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TPMI International Foreign Fund | A | Int./Div. | K | T | Sold (part) | 02/19/14 | J | A | See Part VIII |
| 36. TPMG Conservative Fund | A | Int./Div. | J | T | Buy | 02/19/14 | J | | See Part VIII |
| 37. 2. Permanente Employer Contribution Plan (W) (H) | | | | | | | | | |
| 38. BTC US Equity Market | A | Int./Div. | K | T | | | | | See Part VIII |
| 39. Cap Group International Equity, fka Cap Guardian Int'l Equity | A | Int./Div. | K | T | | | | | |
| 40. BTC Life Path 2020 F, fka TPMG Target DT 2020 | A | Int./Div. | J | T | | | | | See Part VIII |
| 41. FR Fixed Income Employer Retirement Plan (Permanente) | A | Int./Div. | K | T | | | | | |
| 42. TPML International Foreign Fund, fka TPMI International, etc. | A | Int./Div. | J | T | | | | | |
| 43. 3. Kaiser Foundation Health Plan (H) | | | | | | | | | |
| 44. (a) Plan B (H) | | | | | | | | | |
| 45. Vanguard Wellington Fund, Inv. | A | Int./Div. | L | T | | | | | |
| 46. Vanguard Total Bond Mkt 1x 1st Plus | A | Int./Div. | K | T | | | | | |
| 47. Vanguard 1st Tt St. Mkt Inx 1st Plus | A | Int./Div. | M | T | | | | | |
| 48. KP Growth Equity Fund | A | Int./Div. | N | T | | | | | |
| 49. KP Interest Income Fund | A | Int./Div. | J | T | | | | | |
| 50. (b) TSA (H) | | | | | | | | | |
| 51. Vanguard Wellington Fund, Inv. | A | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Stable Income Fund | A | Int./Div. | K | T | | | | | |
| 53. Vanguard Total Bond Mkt 1x 1st Plus | A | Int./Div. | L | T | | | | | |
| 54. Vanguard 1st Tt St. Mkt Inx 1st Plus | A | Int./Div. | N | T | | | | | |
| 55. Dreyfus Appreciation Fund (IRA) | A | Int./Div. | K | T | | | | | See Part VIII |
| 56. FRC Accounts: ▢ Trust, Liam Trust, William IRA (See Part VIII) | F | Int./Div. | P1 | T | | | | | |
| 57. - 3M Company (MMM) | | | | | Buy (add'l) | 10/16/14 | K | | |
| 58. | | | | | Sold (part) | 10/28/14 | K | C | |
| 59. - Accelerate Diagnostics, Inc. (AXDX) | | | | | Buy | 08/04/14 | J | | |
| 60. - Access Midstream Partners (ACMP) | | | | | Merged (with line 121) | | | | |
| 61. - Aegerion Pharmaceuticals, Inc. (AEGR) | | | | | Buy (add'l) | 03/07/14 | K | | |
| 62. | | | | | Sold | 11/19/14 | J | A | |
| 63. - AES | | | | | Buy (add'l) | 10/28/14 | J | | |
| 64. | | | | | Sold (part) | 07/01/14 | J | A | |
| 65. - Altria Group (MO) | | | | | | | | | |
| 66. - Amarin Corporation plc (AMRN) | | | | | Sold | 11/21/14 | J | A | |
| 67. - Amgen (AMGN) | | | | | Sold (part) | 10/30/14 | K | D | |
| 68. - Apple (AAPL) | | | | | Sold (part) | 06/05/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Archer Daniels Midland (ADM) | | | | | Sold (part) | 09/02/14 | J | D | |
| 70. - ARM Holdings plc (ARMH) | | | | | Sold | 04/21/14 | J | A | |
| 71. - Australia & NZ Bank (ANZ) | | | | | | | | | |
| 72. - Automatic Data Processing, Inc (ADP) | | | | | | | | | |
| 73. - BCE Inc. (BCE) | | | | | Sold (part) | 10/27/14 | J | A | |
| 74. - BHP Billiton Limited (BHP) | | | | | Buy | 12/30/14 | K | | |
| 75. - Bristol-Myers Squibb Co. (BMY) | | | | | Buy (add'l) | 01/31/14 | J | | |
| 76. - Broadcom Corporation (BRCM) | | | | | Sold (part) | 09/18/14 | J | A | |
| 77. - Celgene Corp. (CELG) | | | | | Buy | 11/05/14 | J | | |
| 78. - Chipotle Mexican Grill (CMG) | | | | | Buy (add'l) | 11/21/14 | K | | |
| 79. | | | | | Sold (part) | 06/12/14 | J | D | |
| 80. - Chubb Group (CB) | | | | | | | | | |
| 81. - Church & Dwight Co Inc (CHD) | | | | | Buy (add'l) | 10/16/14 | K | | |
| 82. | | | | | Sold (part) | 09/24/14 | J | D | |
| 83. - Coca-Cola Company (KO) | | | | | | | | | |
| 84. - Costco Wholesale Corp (COST) | | | | | | | | | |
| 85. - Columbia Large Cap Enhan Core FD (NMIMX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - CREE | | | | | Buy (add'l) | 11/05/14 | K | | |
| 87. | | | | | Sold (part) | 12/31/14 | J | C | |
| 88.   - Cross Timbers Royalty (CRT) | | | | | Buy (add'l) | 10/14/14 | J | | |
| 89.   - Deere & Company (DE) | | | | | Buy (add'l) | 10/28/14 | J | | |
| 90. | | | | | Sold (part) | 04/16/14 | J | A | |
| 91.   - DFA INTERNATIONAL CORE EQUITY | | | | | Buy (add'l) | 12/15/14 | J | | |
| 92.   - DFA U.S. LARGE CAP VALUE PORTFOLIO | | | | | Buy (add'l) | 12/16/14 | J | | |
| 93.   - DuPont de Nemours & Co. (DD) | | | | | Buy | 09/08/14 | K | | |
| 94. | | | | | Sold (part) | 09/24/14 | J | A | |
| 95.   - El Paso Pipeline Partn Uts (EPB) | | | | | Buy (add'l) | 07/09/14 | J | | |
| 96. | | | | | Sold | 12/02/14 | K | A | |
| 97.   - Emerson Electric (EMR) | | | | | | | | | |
| 98.   - Energy Transfer Equity, L.P. (ETE) | | | | | Buy | 10/23/14 | K | | |
| 99. | | | | | Sold (part) | 12/09/14 | J | A | |
| 100.   - Engility Holdings (EGL) | | | | | | | | | |
| 101.   - Exxon Mobil Corporation (XOM) | | | | | Sold (part) | 07/03/14 | J | B | |
| 102.   - Freeport-McMoRan Inc. (FCX) | | | | | Buy (add'l) | 10/22/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 10/29/14 | J | A | |
| 104.   - Generac Holdings Inc. (GNRC) | | | | | Buy (add'l) | 12/18/14 | K | | |
| 105.   - General Electric Company (GE) | | | | | Buy (add'l) | 01/06/14 | J | | |
| 106. | | | | | Sold (part) | 11/07/14 | J | A | |
| 107.   - Genex Corp (GNTX) | | | | | | | | | |
| 108.   - Google Inc Class A (GOOG) | | | | | Buy (add'l) | 04/02/14 | J | | |
| 109.   - Google Inc. Class C (GOOGL) | | | | | Buy | 10/13/14 | K | | |
| 110. | | | | | Sold (part) | 07/23/14 | J | B | |
| 111.   - Hudson Pacific Properties, Inc (HPP) | | | | | Sold (part) | 10/28/14 | J | B | |
| 112.   - IBM | | | | | Sold (part) | 10/30/14 | J | A | |
| 113.   - Illumina Inc (ILMN) | | | | | Buy (add'l) | 10/09/14 | K | | |
| 114. | | | | | Sold (part) | 10/30/14 | J | C | |
| 115.   - Intel Corporation (INTC) | | | | | Buy (add'l) | 01/06/14 | J | | |
| 116. | | | | | Sold (part) | 10/01/14 | J | B | |
| 117.   - International Flavors&Frag. (IFF) | | | | | Sold (part) | 07/10/14 | J | B | |
| 118.   - Intuit Inc. (INTU) | | | | | Sold (part) | 04/01/14 | J | B | |
| 119.   - JM Smucker Co. (SJM) | | | | | Buy | 10/15/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Johnson & Johnson (JNJ) | | | | | Buy (add'l) | 10/16/14 | K | | |
| 121. | | | | | Sold (part) | 11/04/14 | K | D | |
| 122. - Keurig Green Mountain, Inc. (GMCR) | | | | | Sold (part) | 10/22/14 | J | B | |
| 123. - Kinder Morgan Energy L.P. (KMP) | | | | | Buy (add'l) | 10/13/14 | K | | |
| 124. | | | | | Sold | 12/02/14 | K | D | |
| 125. - Kinder Morgan Inc cl P (KMI) | | | | | Buy (add'l) | 12/02/14 | L | | |
| 126. - Kraft Food Group Inc (KRFT) | | | | | | | | | |
| 127. - King Digital Entertainment plc (KING) | | | | | Buy | 11/06/14 | K | | |
| 128. - L-3 Communications (LLL) | | | | | | | | | |
| 129. - LVMH Moet Hennessy ADR (LVMUY) | | | | | Buy | 01/30/14 | J | | |
| 130. - Manitowoc Company Inc (MTW) | | | | | Sold | 05/01/14 | K | D | |
| 131. - Martina Marietta Materials Inc (MLM) | | | | | | | | | |
| 132. - Mastercard Inc (MA) | | | | | | | | | |
| 133. - Merck & Co. Inc. (MRK) | | | | | Sold (part) | 04/09/14 | J | A | |
| 134. - Microsoft Corporation (MSFT) | | | | | Buy (add'l) | 12/16/14 | K | | |
| 135. | | | | | Sold (part) | 09/19/14 | J | B | |
| 136. - Mondelez International Inc (MDLZ) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - MPLX LP | | | | | Buy (add'l) | 12/09/14 | J | | |
| 138. | | | | | Sold (part) | 11/20/14 | J | C | |
| 139. - Myriad Genetics Inc. (MYGN) | | | | | Buy | 07/14/14 | K | | |
| 140. - Nestle S.A. ADR (NSRGY) | | | | | Buy (add'l) | 10/16/14 | J | | |
| 141. | | | | | Sold (part) | 05/30/14 | J | B | |
| 142. - NewLink Genetics Corporation (NLNK) | | | | | Buy | 11/06/14 | J | | |
| 143. - Nokia Corp (NOK) | | | | | Buy (add'l) | 12/11/14 | J | | |
| 144. | | | | | Sold (part) | 05/30/14 | J | C | |
| 145. - Norfolk Southern Corp (NSC) | | | | | Buy (add'l) | 10/15/14 | J | | |
| 146. | | | | | Sold (part) | 09/18/14 | J | C | |
| 147. - Novartis AG (NVS) | | | | | | | | | |
| 148. - Novo-Nordisk (NVO) | | | | | | | | | |
| 149. - Novo-Nordisk A/S (NVS) | | | | | Buy | 01/04/14 | K | | |
| 150. | | | | | Sold (part) | 02/25/14 | J | A | |
| 151. - OmniVision Technologies (OVTI) | | | | | Buy (add'l) | 01/03/14 | J | | |
| 152. | | | | | Sold (part) | 05/30/14 | K | C | |
| 153. - Opko Health Inc (OPK) | | | | | Buy | 10/13/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Oracle Corporation (ORCL) | | | | | Buy (add'l) | 10/31/14 | J | | |
| 155. - Pfizer, Inc (PFE) | | | | | | | | | |
| 156. - Philip Morris Intl (PM) | | | | | Buy (add'l) | 01/03/14 | J | | |
| 157. - Phillips 66 (PSX) | | | | | Sold (part) | 04/28/14 | J | B | |
| 158. - Potash Corp. Saskatch | | | | | Buy (add'l) | 08/29/14 | K | | |
| 159. - Principal Financial Group (PFG) | | | | | | | | | |
| 160. - Qualcomm Inc. (QCOM) | | | | | Buy (add'l) | 10/31/14 | K | | |
| 161. | | | | | Sold (part) | 01/29/14 | J | A | |
| 162. - Roche Holdings Ltd (RHHBY) | | | | | Buy (add'l) | 10/15/14 | K | | |
| 163. | | | | | Sold (part) | 03/07/14 | J | C | |
| 164. - Sabine Royalty Trust (SBR) | | | | | Buy | 12/31/14 | K | | |
| 165. - Schlumberger Ltd. (SLB) | | | | | Buy (add'l) | 10/31/14 | J | | |
| 166. | | | | | Sold (part) | 07/01/14 | K | C | |
| 167. - Seattle Genetics, Inc. (SGEN) | | | | | Buy | 11/06/14 | K | | |
| 168. | | | | | Sold (part) | 12/31/14 | J | A | |
| 169. - Sigma-Aldrich Corporation (SIAL) | | | | | Sold (part) | 01/21/14 | J | A | |
| 170. - Schwab Value Advantage Money Fund (SWVXX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Suncor Energy (SU) | | | | | Sold (part) | 06/23/14 | J | B | |
| 172. - T Rowe Price Group Inc (TROW) | | | | | Sold (part) | 04/02/14 | J | B | |
| 173. - Ultra Petroleum Corp (UPL) | | | | | Buy (add'l) | 12/18/14 | K | | |
| 174. | | | | | Sold (part) | 04/04/14 | J | A | |
| 175. - Union Pacific Corp. (UNP) | | | | | Buy | 12/12/14 | J | | |
| 176. | | | | | Sold (part) | 09/19/14 | K | D | |
| 177. - United Technologies Corp (UTX) | | | | | Buy (add'l) | 11/24/14 | K | | |
| 178. | | | | | Sold (part) | 01/27/14 | J | A | |
| 179. - US TREASU NT 0.625%08/17UST NOTE DUE 08/31/17 | | | | | Buy | 07/25/14 | L | | |
| 180. | | | | | Sold | 09/25/14 | L | A | |
| 181. - Vale SA (VALE) | | | | | | | | | |
| 182. - Vanguard US Total Market Index (VTI) | | | | | Buy | 08/07/14 | J | | |
| 183. - Vornado Realty Trust (VRT) | | | | | Sold | 03/10/14 | J | B | |
| 184. - W.R. Berkley Corp (WRB) | | | | | Sold (part) | 10/21/14 | J | B | |
| 185. - W.W. Grainger Inc. (GWW) | | | | | Buy | 10/16/14 | K | | |
| 186. | | | | | Sold (part) | 06/06/14 | J | A | |
| 187. - Walter Energy, Inc (WLT) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - Williams Partners LP (WPZ) | | | | | Buy (add'l) | 12/11/14 | K | | |
| 189. | | | | | Sold (part) | 11/03/14 | J | B | |
| 190.  - Wright Medical Group Inc. (WMGI) | | | | | Sold (part) | 10/14/14 | J | B | |
| 191.  - Xilinx Inc. (XLNX) | | | | | Buy (add'l) | 10/15/14 | K | | |
| 192. | | | | | Sold (part) | 03/07/14 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 05/04/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

From Part VII of the 2013 Report:

Line 20 listed ▮▮▮▮▮ interest in real property in Ventura, CA. This is property inherited from ▮▮▮▮▮▮▮▮, and the interest is shared equally between ▮▮▮▮▮▮▮▮ The 2013 Report assigned a value range of "N" for the property--which would be a correct value for the entire interest (i.e., the real property has a FMV of about $600K). However, ▮▮▮ 1/3 interest is worth approximately $200K ($600K/3+ $200K) and this year's report correctly states the value at "M" at Part VII, line 18.

Line 38 listed ▮▮▮▮▮ interest in "BTC US Equity Market" fund as a portion of a retirement account under the Permanente Employer Contribution Plan, and assigned a value of "M" ($100,000--$250,000). That was in error. In fact, the value of Spouse's interest in this fund was approximately $31,000 on 12/31/2013 and $30,000 on 12/31/2014. This year's report correctly states the value of this interest at "K" at Part VII, line 38.

Line 56 listed a Wells Fargo Deposit Account; this is broken out into two accounts (a checking account and a savings account) and listed at lines 20 and 21 in this year's report. Also, in the 2013 Report, the Income from the Wells Fargo Deposit Account was attributed to "Dividend"; this was in error, as the Income from these account was and is correctly described as "Interest".

From Part VII of this year's Report:

Line 24 lists ▮▮▮▮▮ interest in Schwab Money Market Fund SWBDX, an IRA that was inadvertently not listed in the 2013 Report.

Line 28 lists ▮▮▮▮'s interest in Schwab Money Market Fund SWPPX, an IRA that was created when on 3/11/2014 Spouse took $10,000 from the Schwab Money Market Fund SWMXX and opened a new Schwab Money Market Fund SWPPX.

Lines 33 and 40 list ▮▮▮▮▮ interest in "BTC Life Path 2020 F, fka TPMG Target DT 2020". These entires represent a renaming of an existing account, over which ▮▮▮▮ has no control.

Lines 35 and 36 describe a partial transfer of ▮▮▮▮▮ interest in "TPMI International Foreign Fund" to a new fund, "TPMG Conservative Fund" as set forth therein. ▮▮▮▮ had no control over this transaction.

Line 55 lists ▮▮▮▮▮ interest in Dreyfus Appreciation Fund (IRA), a retirement account that was inadvertently not listed in the 2013 Report.


PartVII
US Govt Note 2.5 912828VS6 redeemed 9/18/2013
Amylin Pharmaceuticals (AMLN) sold 7/02/2012
Monsanto (MON) sold 5/05/2010
Paychex (PAYX) sold 4/17/2012
Thomas & Betts (TNB) sold 5/17/2012
Unilever (UL) sold 9/17/2010
Virnetx Holdings (VHC) sold 7/27/2012
Allscripts (MDRX) sold 4/27/2012
First Eagle Overseas Fund (SGOVX) sold 1/18/2012
State Street Corp (STT) sold 5/28/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William J. Lafferty**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544